UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Corey Carpenter, *on behalf of himself and all others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>Judson Enterprises, Inc.,<br>*doing business as* K-Designers,<br><br>    Defendant. | File No. 22-cv-2858 (ECT/LIB)<br><br>**ORDER OF DISMISSAL** |

Based on the Stipulation for Dismissal with Prejudice filed by Plaintiff Corey Carpenter and Defendant Judson Enterprises, Inc., doing business as K-Designers, ECF No. 26, **IT IS ORDERED** that the action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees.

Date: May 4, 2023

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court